UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BATYR ABDYRASULOV,

          Plaintiff,

v.

ALEJANDRO MAYORKAS, et al.,

          Defendants.

Case No. C23-1987 TLF

ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS AND TO SEAL NUNC PRO TUNC

The plaintiff filed an administrative motion seeking permission to proceed with this action using the pseudonym Arslan Charyev4 (including amending the docket page) and to seal nunc pro tunc the previous dockets in this action. Dkt. 11.

Having considered the plaintiff's memorandum in support of these motions, and weighing plaintiff's need for anonymity against the prejudice to the defendants and the public's interest in knowing the plaintiffs' identity, the Court GRANTS plaintiff's motion and orders the following:

1  (a) Future filings must use pseudonyms Arslan Charyev4;

2  (b) The clerk is requested to amend the case caption and names on the docket

3  page, including amending or redacting plaintiffs' names in Dkt. 1 and Dkt. 5; and

4  (c) Docket filings 1-11 are sealed.

6  Dated this 22nd day of May, 2024.

Theresa L. Fricke
United States Magistrate Judge

- 2